# EXHIBIT A

| GMS Artist | GMS Artists' Mark(s) | U.S. Trademark Registration or Serial Number | Date of First Use |
|---|---|---|---|
| Motörhead | MOTÖRHEAD | U.S. Trademark Registration No. 3,492,601 | 9/24/1977 |
| Motörhead | (Motörhead England logo) | U.S. Trademark Registration No. 4,554,060 | 44(e) filing basis |
| Lemmy Kilmister | "LEMMY" | U.S. Trademark Application Serial No. 86/875,442 | 1(b) filing basis, filed 1/14/16 |
| Lemmy Kilmister | "LEMMY KILMISTER" | U.S. Trademark Application Serial No. 86/875,433 | 1(b) filing basis, filed 1/14/16 |
| Slayer | (Slayer logo) | U.S. Trademark Registration No. 5,159,665 | 1/1/1985 (Class 25) |
| Slayer | "SLAYER" | U.S. Trademark Registration No. 1,916,593 | 1/1/1985 (Class 25) |
| Mötley Crüe | MOTLEY CRUE | U.S. Trademark Registration No. 1,407,430 | 1/1/1981 |
| Mastodon | "MASTODON" | U.S. Trademark Registration No. 3,267,852 | 3/23/2001 (Class 25) |
| Ghost | (Ghost B.C. logo) | U.S. Trademark Registration No. 4,645,742 | 4/14/2013 |
| Ghost | (Ghost logo) | U.S. Trademark Application Serial No. 87/221,714 | 44(e) filing basis |
| Ghost | (Ghost cross symbol) | U.S. Trademark Application Serial No. 87/207,736 | 44(e) filing basis |
| Five Finger Death Punch | "FIVE FINGER DEATH PUNCH" | U.S. Trademark Registration No. 5,227,871 | 8/2006 (Class 25) |
| Judas Priest | (Judas Priest logo) | U.S. Trademark Registration No. 1,359,745 | 11/21/1977 |
| Rob Zombie | "ROB ZOMBIE" | U.S. Trademark Registration No. 2,932,172 | 8/1998 |
| Anthrax | "ANTHRAX" | N/A - Common Law | on or about 1/1/1981 |
| Alice Cooper | "ALICE COOPER" | N/A - Common Law | on or about 1969 |