# EXHIBIT D



| GMS Artist | GMS Artists' Mark(s) | Example of Infringing Products |
|---|---|---|
| Motörhead | MOTÖRHEAD | |
| Motörhead | | |
| Lemmy Kilmister | "LEMMY" | |
| Lemmy Kilmister | "LEMMY KILMISTER" | |

| | | |
|---|---|---|
| Slayer | *[Slayer logo]* and/or "SLAYER" | *[SunFrog webpage screenshot: Slayer t-shirt]* |
| Mötley Crüe | MOTLEY CRUE | *[SunFrog webpage screenshot: Mötley Crüe hoodie]* |
| Mastodon | "MASTODON" | *[SunFrog webpage screenshot: Mastodon Woman hoodie]* |
| Ghost | *[Ghost logo]* *[Ghost B.C. logo]* | *[SunFrog webpage screenshot: Ghost coffee mug]* |



| | | |
|---|---|---|
| Ghost | | |
| Five Finger Death Punch | "FIVE FINGER DEATH PUNCH" | |
| Judas Priest | | |
| Rob Zombie | "ROB ZOMBIE" | |



| | | |
|---|---|---|
| Anthrax | "ANTHRAX" |  |
| Alice Cooper | "ALICE COOPER" | |