UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLOBAL MERCHANDISING SERVICES LTD., a UK private limited company,

      Plaintiff,

-against-

SUNFROG, LLC, a Michigan limited liability company,

      Defendant.

Civil Action No. 17-cv-10154

**MOTION TO DISMISS COMPLAINT**

**Oral Argument Requested**

## MOTION TO DISMISS COMPLAINT

1. Pursuant to Fed. R. Civ. P. 12(b)(3), a party may move to dismiss a complaint for improper venue.

2. Additionally, pursuant to Fed. R. Civ. P. 12(b)(6), a party may move to dismiss a complaint for failure to state a claim upon which relief can be granted.

3. SunFrog hereby moves to dismiss GMS's Complaint for improper venue and failure to state a claim.

4. In support of its Motion, SunFrog asserts that the Southern District of New York has a mere transitory connection to this dispute and that the Central District of California is the proper venue.

5. SunFrog further asserts that GMS's Complaint should be dismissed because its status as an exclusive licensee is insufficient to confer standing to sue for the infringement of a registered trademark.

6. And SunFrog moves to dismiss GMS's Complaint because it has (1) failed to allege infringement with specificity to as to apprise SunFrog of its claims; (2) failed to allege that SunFrog has made a trademark use so as to support a claim for direct infringement; and (3) failed to allege facts sufficient to support a theory of contributory infringement as a matter of law.

7. SunFrog relies on the attached memorandum of law in support of its Motion to Dismiss.

Dated: April 5, 2018                                             _____/AJD/_____

Anderson J. Duff
The Law Offices of Anderson J. Duff, PLLC
244 5th Ave., Suite 2230
New York, NY 10010
(212) 996-4103
anderson@revisionlegal.com