# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLOBAL MERCHANDISING SERVICES
LTD., a UK private limited company,

                    Plaintiff,                    Civil Action No. 17-cv-10154

          -against-

SUNFROG, LLC, a Michigan limited
liability company,

                    Defendant.

---

## DECLARATION OF RACHEL RUSSO

I, Rachel Russo, being duly sworn, state as follows:

1. I am a legal assistant for the law firm Revision Legal, PLLC.

2. The attached constitutes my research into the current location of the GMS Artists
   Motorhead, Lemmy Kilmster, Slayer, Motley Crue, Mastodon, Ghost, Five Finger Death
   Punch, Judas Priest, Rob Zombie, Anthrax, and Alice Cooper.

3. This research was performed on Tuesday, April 3, 2018 and I collected all of the attached
   website screenshots on that date.

4. The attached website screenshots are true and accurate copies of US Patent and Trademark
   Office database entries, Wikipedia pages, and Facebook pages associated with the GMS
   Artists in question on April 3, 2018.

5. The attached spreadsheet is a summary of what I believe to be the current locations of the
   GMS Artists in question based on my research.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and
correct pursuant to 28 U.S.C. § 1746.

Date: April 5, 2018                    By: _____
                                           Rachel Russo

| Band Name | Origin | Current Location |
|---|---|---|
| Alice Cooper | Phoenix, Arizona | Phoenix, AZ |
| Anthrax | New York, NY | New York, NY |
| Five Finger Death Punch | Las Vegas, NV | Las Vegas, NV |
| Ghost | Linkoping, Sweden | Sweden? |
| Judas Priest | West Bromwich, England | London, England |
| Mastodon | Atlanta, GA | Atlanta, GA |
| Motley Crue | Los Angeles, CA | Los Angeles, CA |
| Motorhead | London, England | Los Angeles, CA |
| Rob Zombie | Hollywood, CA (first solo album) | Santa Monica, CA |
| Slayer | Huntington Park, CA | Los Angeles, CA |



**Alice Cooper** ✔
@AliceCooper

Home

Tour Dates

Events

Shop

Music

Videos

Photos

Posts

**About**

Community

Like  | Follow | Share | ...

🔵 **Genre**
Rock, Shock Rock

🔵 **Band Members**
CURRENT BAND:
ALICE COOPER - VOCALS
CHUCK GARRIC - BASS... See More

🔵 **Hometown**
PHOENIX, AZ

🔵 **Record Label**
EarMusic

🔵 **About**
WEB - AliceCooper.com
TWEET - @RealAliceCooper
MERCH -
https://www.facebook.com/pg/AliceCooper/shop/

🔵 **Biography**
In 1975, Alice Cooper joined forces with longtime
collaborator and producer Bob Ezrin to record his first solo
album Welcome to My Nightmare, a theatrical conce...
See More

🏆 **Awards**
Rock N Roll Hall Of Fame 2011
Revolver Golden God

🔵 **Gender**
Male

🔵 **Current Location**
Who knows...

🔵 **General Manager**
Shep Gordon

🔵 **Press contact**
Publisher: Primary Wave Entertainment

📷 Musician/Band

**Shop Now**

band moves to Los Angeles
1966 • Michael Bruce Replaces John Tatum

See All

## Alice Cooper



Alice Cooper Killer Tour 1972

### Background information

| | |
|---|---|
| **Origin** | Phoenix, Arizona, U.S. |
| **Genres** | Hard rock · shock rock · heavy metal · glam rock[1] |
| **Years active** | 1964–1975 (reunions: 1999, 2010, 2011, 2015, 2017) |
| **Labels** | Straight · Warner Bros. |
| **Associated acts** | Alice Cooper, Billion Dollar Babies |
| **Website** | www.alicecooper.com |
| **Past members** | Vince Furnier<br>Glen Buxton<br>Michael Bruce<br>Dennis Dunaway<br>Neal Smith |

TSDR   ASSIGN Status   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

| | |
|---|---|
| **Word Mark** | ALICE COOPER'STOWN |
| **Goods and Services** | (CANCELLED) IC 042. US 100 101. G & S: restaurants providing food and drink. FIRST USE: 19981201. FIRST USE IN COMMERCE: 19981201 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 02.01.02 - Men depicted as shadows or silhouettes of men; Silhouettes of men |
| | 22.01.06 - Banjos; Guitars; Ukuleles |
| | 24.09.07 - Advertising, banners; Banners |
| | 26.07.21 - Diamonds that are completely or partially shaded |
| | 26.17.09 - Bands, curved; Bars, curved; Curved line(s), band(s) or bar(s); Lines, curved |
| **Trademark Search Facility Classification Code** | ART-09.03 Clothing |
| | ART-09.05 Headwear |
| | ART-22.01 Musical instruments and accessories |
| | ART-24.09 Flags, banners |
| | HUM-PORTRAIT Portraits of famous or well-known humans as part of the design |
| | SHAPES-BAR-BANDS Designs with bar, bands or lines |
| | SHAPES-DIAMONDS Diamond shaped designs including shaded or more than one diamond |
| | SHAPES-MISC Miscellaneous shaped designs |
| | SHAPES-SCROLLS An ornamental design that resembles a partially rolled scroll of paper |
| **Serial Number** | 75911005 |
| **Filing Date** | February 5, 2000 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | March 11, 2008 |
| **Registration Number** | 3557905 |
| **Registration Date** | January 6, 2009 |
| **Owner** | (REGISTRANT) CELEBRITY RESTAURANTS L.L.C. LIMITED LIABILITY COMPANY ARIZONA 5930 East Via Del Paisano Phoenix ARIZONA 85018 |
| **Attorney of Record** | Charles I. Keihoffer |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Other Data** | The name and portrait in the mark refer to a living individual whose consent is of record. |
| **Live/Dead Indicator** | DEAD |
| **Cancellation Date** | August 7, 2015 |

Shop Now

👍 Like   🔊 Follow   ↑ Share   ⋯



**Anthrax** 🔵
@anthrax

Home

Posts

Tour Dates

Events

Videos

Photos

Notes

About

Merch Store

Community

Shop

**CONTACT INFO**

🌐 https://anthrax.com

**MORE INFO**

⊙ **Genre**
Metal

⊙ **Band Members**
Joey Belladonna
Frank Bello
Charlie Benante
Scott Ian
Jon Donais

⊙ **Hometown**
New York, New York

⊙ **Record Label**
Megaforce

⊙ **About**
Official Facebook of Anthrax - Hardest ever!
http://anthrax.com for all news tour dates, VIP packages
& merch

⊙ **Biography**
The hardest ever.

⊙ **Gender**

⊙ **Current Location**
New York, New York

⊙ **Press contact**
http://anthrax.com/contact/

⊙ **Booking agent**
http://www.tkoco.com

🎵 Musician/Band

## Anthrax



can band) – Wikipedia

Anthrax performing at Rockavaria in 2016

### Background information

| | |
|---|---|
| **Origin** | New York City, New York, U.S. |
| **Genres** | Heavy metal · thrash metal · speed metal · alternative metal · groove metal |
| **Years active** | 1981–present |
| **Labels** | Megaforce · Island · Elektra · Sanctuary · Nuclear Blast |
| **Associated acts** | The Damned Things · Armored Saint · Stormtroopers of Death · Deathriders · Nuclear Assault · Public Enemy · Megadeth · Metallica · Volbeat · Pantera · Overkill |
| **Website** | anthrax.com |
| **Members** | Scott Ian<br>Charlie Benante<br>Frank Bello<br>Joey Belladonna<br>Jonathan Donais |

| TSDR | ASSIGN Status | TTAB Status | ( Use the "Back" button of the Internet Browser to return to TESS) |

# Typed Drawing

**Word Mark** ANTHRAX

**Goods and Services** (ABANDONED) IC 015. US 036. G & S: RECORDS. FIRST USE: 19841101. FIRST USE IN COMMERCE: 19841103

(ABANDONED) IC 025. US 039. G & S: SHIRTS. FIRST USE: 19820103. FIRST USE IN COMMERCE: 19820105

(ABANDONED) IC 041. US 107. G & S: MUSICAL PERFORMANCES. FIRST USE: 19820103. FIRST USE IN COMMERCE: 19820105

**Mark Drawing Code** (1) TYPED DRAWING

**Serial Number** 73697645

**Filing Date** November 25, 1987

**Current Basis** 1A

**Original Filing Basis** 1A

**Owner** (APPLICANT) ANTHRAX MUSIC ENTERPRISES, INC. CORPORATION NEW YORK 233 BROADWAY NEW YORK NEW YORK 10007

**Attorney of Record** ALAN K. ROBERTS

**Type of Mark** TRADEMARK. SERVICE MARK

**Register** PRINCIPAL

**Live/Dead Indicator** DEAD

**Abandonment Date** September 13, 1988



# Five Finger Death Punch

@fivefingerdeathpunch

Home

**About**

Shop

Tour Dates

Posts

Tour Dates

Events

Groups

Photos

Videos

Community

Like   Follow   Share   ...

Shop Now   Send Message

- Releases 'American Capitalist'  2011
- Releases 'War is the Answer'  2009
- Re-releases 'The Way of the Fist'  2008

See All

## CONTACT INFO

Send Message

@fivefingerdeathpunch

http://www.fivefingerdeathpunch.com

http://instagram.com/5fdp

http://twitter.com/ffdp

https://open.spotify.com/artist/5t28BP42x2axFnqO OMg3CM

https://www.youtube.com/user/5fdp

## MORE INFO

**Genre**
Heavy Metal

**Band Members**
Ivan - Vocals :::
Zoltan - Guitars :::
Jason- Guitars :::
Jeremy - Drums :::
Chris - Bass :::

**Hometown**
Los Angeles / Las Vegas

**Record Label**
Prospect Park (North America), Eleven Seven Music (World outside North America)

**About**
New Album 'Got Your Six' out NOW | Get it on Apple Music http://smarturl.it/FFDP6_DLX

**Current Location**
Las Vegas, NV

**Musician/Band**

## Five Finger Death Punch



Five Finger Death Punch performing at 2017's Rock am Ring.

### Background information

| | |
|---|---|
| **Also known as** | 5FDP · FFDP · Death Punch · Five Finger |
| **Origin** | Las Vegas, Nevada, U.S. |
| **Genres** | Heavy metal · groove metal · thrash metal · alternative metal · hard rock |
| | 2005–present |
| **Labels** | Rise · Eleven Seven · Firm/EMI · Prospect Park · Spinefarm/Universal |
| **Website** | fivefingerdeathpunch.com |
| **Members** | Zoltan Bathory Jeremy Spencer Ivan L. Moody Jason Hook Chris Kael |
| **Past members** | Matt Snell Caleb Bingham Darrell Roberts |

ch – Wikipedia

## Ghost



Ghost performing in Utrecht, 2013.

### Background information

| | |
|---|---|
| **Also known as** | Ghost B.C. |
| **Origin** | Linköping, Sweden |
| **Genres** | Heavy metal · doom metal · hard rock · psychedelic rock · progressive rock |
| **Years active** | 2008–present |
| **Labels** | Iron Pegasus · Rise Above · Metal Blade · Trooper Ent. · Seven Four Ent. · Loma Vista |
| **Associated acts** | Dave Grohl · Magna Carta Cartel · Crashdïet |
| **Website** | ghost-official.com |
| **Members** | Tobias Forge |
| **Past members** | Martin Persner<br>Simon Söderberg<br>Mauro Rubino<br>Martin Hjertstedt<br>Henrik Palm |

## Judas Priest



Judas Priest in Redeemer of Souls concert on 9 October 2014 at Barclays Center, Brooklyn, New York

### Background information

| | |
|---|---|
| **Origin** | West Bromwich, England |
| **Genres** | Heavy metal |
| **Years active** | 1969–present |
| **Labels** | Sony · Epic · Columbia/CBS · SPV · CMC · Atlantic · Gull |
| **Associated acts** | Fight |
| **Website** | judaspriest.com |
| **Members** | Ian Hill<br>Rob Halford<br>Glenn Tipton<br>Scott Travis<br>Richie Faulkner |
| **Past members** | Al Atkins<br>Alan Moore<br>John Hinch<br>Les Binks<br>Dave Holland<br>Tim "Ripper" Owens<br>K. K. Downing |

TSDR | ASSIGN Status | TTAB Status | ( *Use the "Back" button of the Internet Browser to return to TESS*)



| Field | Value |
|---|---|
| **Word Mark** | JUDAS PRIEST |
| **Goods and Services** | IC 041. US 107. G & S: MUSICAL ENTERTAINMENT SERVICES, NAMELY A ROCK GROUP. FIRST USE: 19771121. FIRST USE IN COMMERCE: 19771121 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 73475638 |
| **Filing Date** | April 16, 1984 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 2, 1985 |
| **Registration Number** | 1359745 |
| **Registration Date** | September 10, 1985 |
| **Owner** | (REGISTRANT) JUDAS PRIEST COMPOSED OF GLENN TIPTON MUSIC LTD., ROB HALFORD MUSIC LTD., KENNETH DOWNING LTD., AND IAN HILL MUSIC LTD., ALL BRITISH CORPORATIONS. PARTNERSHIP UNITED KINGDOM 12 OVAL ROAD 3RD FLOOR CAMDEN, LONDON ENGLAND NW1 7DH |
| **Attorney of Record** | GAIL E. NICKOLS |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20150711. |
| **Renewal** | 2ND RENEWAL 20150711 |
| **Live/Dead Indicator** | LIVE |

Mastodon
@Mastodon

Home
About
Tour Dates
Europe / UK Store
Photos
Music
Videos
Events
Posts
Notes
Community
Concerts

**Create a Page**

## MORE INFO

**Genre**
Metal / Rock / Progressive

**Band Members**
Brann Dailor - Drums and Vocals
Brent Hinds - Guitar and Vocals
Bill Kelliher - Guitar
Troy Sanders - Bass and Vocals

**Hometown**
Atlanta, GA

**Record Label**
Warner Brothers Records

**About**
New Album "Emperor Of Sand" Out Now
http://mastodonrocks.com/emperorofsand

**Biography**
Art is a cyclical beast. The same can easily be said of Grammy Award nominated hard rock juggernaut Mastodon. The group's four members recognize the importance ...
See More

**Awards**
Grammy Award for Best Metal Performance (2017)

**Current Location**
Atlanta, Georgia

**General Manager**
info@thersegroup.com

**Booking agent**
US - Pinnacle: scott@pinnacleentertainmentinc.com
International - K2: johnjackson@k2ours.com

Musician/Band

Like   Follow   Share   ...

Shop Now

Send Message



## Mastodon



Mastodon performing live in 2012. From left to right: Brann Dailor, Brent Hinds, Troy Sanders and Bill Kelliher.

### Background information

| | |
|---|---|
| **Origin** | Atlanta, Georgia, United States |
| **Genres** | Progressive metal · sludge metal · stoner rock · alternative metal |
| **Years active** | 2000–present |
| **Labels** | Reprise · Roadrunner · Relapse |
| **Associated acts** | Neurosis · Lethargy · Today Is the Day · Feist · Killer Be Killed · Giraffe Tongue Orchestra · Gone Is Gone |
| **Website** | www.mastodonrocks.com |
| **Members** | Brann Dailor<br>Brent Hinds<br>Bill Kelliher<br>Troy Sanders |
| **Past members** | Eric Saner |

TSDR | Assign Status | TTAB Status | **( Use the "Back" button of the Internet Browser to return to TESS)**

# MASTODON

| | |
|---|---|
| **Word Mark** | **MASTODON** |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Series of musical sound recordings. FIRST USE: 20010323. FIRST USE IN COMMERCE: 20010323 |
| | IC 025. US 022 039. G & S: Clothing, namely, tee shirts, sweatshirts, tank tops, caps and hats. FIRST USE: 20010323. FIRST USE IN COMMERCE: 20010323 |
| | IC 041. US 100 101 107. G & S: Entertainment services, namely live performances by a musical group and providing prerecorded music online and information regarding a musical group online via a global computer network. FIRST USE: 20000601. FIRST USE IN COMMERCE: 20000601 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78813840 |
| **Filing Date** | February 13, 2006 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 8, 2007 |
| **Registration Number** | 3267852 |
| **Registration Date** | July 24, 2007 |
| **Owner** | (REGISTRANT) Mastodon, LLC LIMITED LIABILITY COMPANY GEORGIA Suite 200 9255 W Sunset Blvd Los Angeles CALIFORNIA 90069 |
| **Attorney of Record** | Joseph Lloyd Serling |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20170824. |
| **Renewal** | 1ST RENEWAL 20170824 |
| **Live/Dead Indicator** | LIVE |

**Shop Now**

Like | Follow | Share | ...

## PAGE INFO

▶ Founded in 1981

### CONTACT INFO

🌐 http://www.motley.com

🐦 MotleyCrue

📷 motleycrue

## MORE INFO

⊙ **Genre**
Hard Rock/ Metal

⊙ **Band Members**
Mick Mars: Guitar
Nikki Sixx: Bass
Vince Neil: Vocals
Tommy Lee: Drums

⊙ **Hometown**
Los Angeles, California

⊙ **Record Label**
Motley Records

⊙ **About**
Motley Crue is Vince Neil, Nikki Sixx, Mick Mars and
Tommy Lee

⊙ **Current Location**
L.A. California

⊙ **General Manager**
10th Street Entertainment

🎵 Musician/Band

STORY



**Motley Crue** ✓
@MotleyCrue

Home

**About**

Shop

Posts

Photos

Videos

Notes

Events

Community

Tour Dates

## Mötley Crüe



Mötley Crüe in 2008, from left to right: Nikki Sixx, Tommy Lee, Mick Mars, Vince Neil

### Background information

| | |
|---|---|
| **Origin** | Los Angeles, California, U.S. |
| ~ Wikipedia | Glam metal · heavy metal · hard rock |
| **Years active** | 1981–2015 |
| **Labels** | Mötley · Eleven Seven Music · Elektra · Leathür · Warner Music Group |
| **Associated acts** | Brides of Destruction · Methods of Mayhem · SixxAM |
| **Website** | motley.com |
| **Past members** | Nikki Sixx<br>Mick Mars<br>Vince Neil<br>Tommy Lee<br>John Corabi<br>Randy Castillo<br>Samantha Maloney |

TSDR   ASSIGN Status   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# MOTLEY CRUE

| | |
|---|---|
| **Word Mark** | MOTLEY CRUE |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: musical sound recordings. FIRST USE: 19810000. FIRST USE IN COMMERCE: 19820000 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78965606 |
| **Filing Date** | August 31, 2006 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 1, 2007 |
| **Registration Number** | 3264871 |
| **Registration Date** | July 17, 2007 |
| **Owner** | (REGISTRANT) Motley Crue, Inc. CORPORATION CALIFORNIA c/o Glass Malek Co. 2850 Ocean Park Boulevard, Suite 300 Santa Monica CALIFORNIA 90405 |
| **Attorney of Record** | Erica J. Van Loon |
| **Prior Registrations** | 1407430 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20170615. |
| **Renewal** | 1ST RENEWAL 20170615 |
| **Live/Dead Indicator** | LIVE |



Official
Motörhead ✔
@OfficialMotorhead

Home

**About**

Tour Dates

Photos

Videos

Instagram

Posts

Community

Like | Follow | Share | ⋯

STORY

Shop Now

Send Message

CONTACT INFO

@OfficialMotorhead

http://www.imotorhead.com

MORE INFO

Genre
Rock & Roll

Band Members
Lemmy, Phil Campbell, Mikkey Dee

Record Label
UDR Music

About
The Official Facebook Page for The Loudest Band In The
World....Motörhead. www.imotorhead.com

Biography
Lemmy Kilmister– bass/vox
Philip Campbell – guitars
Mikkey Dee – drums.... See More

Personal Information
Bad Magic now out!

Jewel Case CD .... See More

Current Location
Los Angeles, CA

General Manager
Todd Singerman

Musician/Band

Send Message

## Motörhead



Left to right: Campbell, Dee, and Lemmy in 2005

### Background information

| | |
|---|---|
| **Origin** | London, England |
| **Genres** | Heavy metal · rock and roll · hard rock · speed metal |
| **Years active** | 1975–2015 |
| **Labels** | Sanctuary · SPV · Epic · GWR · Bronze · ZYX Music · Cleopatra Records · UDR Music |
| **Associated acts** | Hawkwind · The Head Cat · Girlschool · Headgirl · Pink Fairies |
| **Website** | imotorhead.com |
| **Past members** | Ian "Lemmy" Kilmister<br>Larry Wallis<br>Lucas Fox<br>Phil "Philthy Animal" Taylor<br>"Fast" Eddie Clarke<br>Brian "Robbo" Robertson<br>Phil "Wizzö" Campbell<br>Michael "Würzel" Burston<br>Pete Gill<br>Mikkey Dee |

| | |
|---|---|
| **Word Mark** | **MOTÖRHEAD** |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Earphones and headphones; ear buds; cases adapted for mobile phones. FIRST USE: 20130116. FIRST USE IN COMMERCE: 20130116 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 02.11.10 - Bones, human; Human skeletons, parts of skeletons, bones, skulls; Skulls, human<br>04.05.25 - Other mythological or legendary animals<br>14.01.05 - Chain links (not jewelry), Chains, bicycle; Chains, hardware<br>24.13.25 - Cross, ankh; Cross, Maltese; Other crosses, including ankh, Maltese<br>26.11.21 - Rectangles that are completely or partially shaded |
| **Serial Number** | 86250450 |
| **Filing Date** | April 11, 2014 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | June 16, 2015 |
| **Registration Number** | 4802001 |
| **Registration Date** | September 1, 2015 |
| **Owner** | (REGISTRANT) Kilmister, Ian Fraser INDIVIDUAL UNITED KINGDOM c/o Singerman Entertainment 11503 Sierra Sky Dr. Whitier CALIFORNIA 90601<br><br>(LAST LISTED OWNER) THE 2015 KILMISTER TRUST TRUST UNITED STATES 11503 SIERRA SKY DRIVE C/O SINGERMAN ENTERTAINMENT WHITTIER CALIFORNIA 90601 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Andrew H. Simpson |
| **Prior Registrations** | 3041455;3041456;3492601;AND OTHERS |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the head of a helmeted pig-like beast with large tusks supporting chain links from which dangle smaller designs of a skull and claw, a ring and an iron cross. The word "MOTÖRHEAD" in stylized font appears above the design. All of the foregoing on a shaded background. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

# Rob Zombie



Rob Zombie in 2009

## Background information

| | |
|---|---|
| **Birth name** | Robert Bartleh Cummings |
| **Also known as** | Rob Straker[1] |
| **Born** | January 12, 1965 (age 53) Haverhill, Massachusetts, United States |
| **Genres** | Heavy metal[2] · hard rock[3] · industrial metal[4] · shock rock[3][5] · nu metal[6] |
| **Occupation(s)** | Musician · singer-songwriter · screenwriter · film director · film producer · programmer · record producer · composer · actor |
| **Instruments** | Vocals |
| **Years active** | 1985–present |
| **Labels** | Roadrunner · Loud & Proud · Geffen · Zodiac Swan |
| **Associated acts** | White Zombie · Alice Cooper · Powerman 5000 · Ozzy Osbourne · Iggy Pop |
| **Website** | robzombie.com |

## Hellbilly Deluxe



**Studio album** by **Rob Zombie**

| | |
|---|---|
| **Released** | August 25, 1998 |
| **Recorded** | August 1997 – June 1998[1] |
| **Studio** | Chop Shop, Hollywood, California |
| **Genre** | Heavy metal |
| **Length** | 38:23 |
| **Label** | Geffen |
| **Producer** | Rob Zombie · Scott Humphrey |

**Rob Zombie** chronology

| **Hellbilly Deluxe** (1998) | *American Made Music to Strip By* (1999) |
|---|---|

**Singles** from *Hellbilly Deluxe*

1. "Dragula"
   Released: August 24, 1998[2]
2. "Living Dead Girl"
   Released: February 16, 1999[3]
3. "Superbeast"
   Released: June 1, 1999[4]

TSDR | ASSIGN Status | TTAB Status | ( Use the "Back" button of the Internet Browser to return to TESS)

# ROB ZOMBIE

| Field | Value |
|---|---|
| Word Mark | ROB ZOMBIE |
| Goods and Services | IC 009. US 021 023 026 036 038. G & S: SERIES OF MUSICAL SOUND RECORDINGS; A SERIES OF VIDEO RECORDINGS FEATURING MUSIC AND MUSICAL BASED ENTERTAINMENT; DOWNLOADABLE MUSICAL SOUND RECORDINGS. FIRST USE: 19980800. FIRST USE IN COMMERCE: 19980800.<br><br>IC 025. US 022 039. G & S: T-SHIRTS, SWEATSHIRTS, SHIRTS, CAPS. FIRST USE: 19980800. FIRST USE IN COMMERCE: 19980800<br><br>IC 041. US 100 101 107. G & S: ENTERTAINMENT SERVICES, NAMELY, LIVE MUSICAL PERFORMANCES; PROVIDING INFORMATION ABOUT PERFORMANCES, RECORDINGS, APPEARANCES, THE BIOGRAPHY AND OTHER INFORMATION ABOUT A MUSICAL PERFORMER AND RECORDING ARTISTS VIA WEBSITES ON A GLOBAL COMPUTER NETWORK. FIRST USE: 19980800. FIRST USE IN COMMERCE: 19980800 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 75864144 |
| Filing Date | December 6, 1999 |
| Current Basis | 1A |
| Original Filing Basis | 1A;1B |
| Published for Opposition | September 4, 2001 |
| Registration Number | 2932172 |
| Registration Date | March 15, 2005 |
| Owner | (REGISTRANT) Zombie, Robert Wolfgang INDIVIDUAL UNITED STATES London & Co., LLP 2800 Olympic Boulevard, 2nd Floor Santa Monica CALIFORNIA 90404 |
| Attorney of Record | Lawrence E. Apolzon |
| Type of Mark | TRADEMARK. SERVICE MARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20140619. |
| Renewal | 1ST RENEWAL 20140619 |
| Live/Dead Indicator | LIVE |



**Slayer** 
@slayer

Home

**About**

Tour Dates

Events

Merch Store

Photos

Videos

Shop

Order Album

Posts

Community

👍 Like | 🔊 Follow | ➤ Share | ⋯

**Shop Now**

CAREER-HIGHEST DEBUT ON
BILLBOARD'S TOP 200 ALBUMS CHARTS

**Release Date**
September 11, 2015

**Genre**
Metal/Thrash/Hardcore

**Band Members**
Tom Araya
Kerry King
Jeff Hanneman
Paul Bostaph

**Hometown**
USA/California

**Record Label**
Nuclear Blast Records

**About**
SLAYER's twelfth studio album, REPENTLESS, out now
worldwide via Nuclear Blast Records. Order at
http://slayer.net/repentless

**Biography**
REPENTLESS IS A DECLARATION: THERE WILL BE NO
COMPROMISE

Slayer, the long-reigning titans of thrash, returns with
Repentless, the band's 11th studio album and ... See More

**Current Location**
California

**General Manager**
Rick Sales Entertainment

**Press contact**
U.S. - http://www.herfitzpr.com
E.U. - info@nuclearblast.de

 Musician/Band

## Slayer



Slayer at the Mayhem Festival 2009. From left to right: Tom Araya, Dave Lombardo and Kerry King.

| Background information | |
|---|---|
| **Origin** | Huntington Park, California, U.S. |
| **Genres** | Thrash metal |
| **Years active** | 1981–present |
| **Labels** | Metal Blade · Def Jam · American · Nuclear Blast |
| **Associated acts** | Exodus · Testament |
| **Website** | slayer.net |
| **Members** | Kerry King<br>Tom Araya<br>Paul Bostaph<br>Gary Holt |
| **Past members** | Jeff Hanneman<br>Dave Lombardo<br>Jon Dette |

TSDR | ASSIGN Status | TTAB Status | ( Use the "Back" button of the Internet Browser to return to TESS)



| Field | Value |
|---|---|
| Word Mark | SLAYER |
| Goods and Services | IC 009. US 021 023 026 036 038. G & S: Audio and video recordings featuring music; musical sound recordings; CDs and records featuring music; DVDs featuring music and musical performances; downloadable audio and video recordings featuring music and musical performances; downloadable ring tones, graphics and music via a global computer network and wireless devices. FIRST USE: 19830000. FIRST USE IN COMMERCE: 19830000 |
| | IC 014. US 002 027 028 050. G & S: Jewelry; key rings of precious metal. FIRST USE: 19850101. FIRST USE IN COMMERCE: 19850101 |
| | IC 016. US 002 005 022 023 029 037 038 050. G & S: Posters, prints; stickers. FIRST USE: 19850101. FIRST USE IN COMMERCE: 19850101 |
| | IC 025. US 022 039. G & S: Clothing, namely, T-shirts, shirts, sweatshirts,tops, bottoms, jerseys, vests, shorts, pants, jackets, hats, headwear, swimwear, bandanas, aprons. FIRST USE: 19850101. FIRST USE IN COMMERCE: 19850101 |
| | IC 041. US 100 101 107. G & S: Entertainment services, namely, live performances by a musical band; providing a website featuring non-downloadable musical performances, musical videos, film clips, photographs and other multimedia materials featuring music and information about a musical band. FIRST USE: 19850101. FIRST USE IN COMMERCE: 19850101 |
| Mark Drawing Code | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| Serial Number | 87104253 |
| Filing Date | July 14, 2016 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | December 27, 2016 |
| Registration Number | 5159665 |
| Registration Date | March 14, 2017 |
| Owner | (REGISTRANT) SLAYER Tom Araya, Kerry King - U.S. Citizens PARTNERSHIP CALIFORNIA c/o The Rick Sales Entertainment Group 8265 Sunset Boulevard, Suite 1501 Los Angeles CALIFORNIA 90028 |
| Attorney of Record | Peter B. Bromaghim |
| Description of Mark | Color is not claimed as a feature of the mark. |
| Type of Mark | TRADEMARK. SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |