# EXHIBIT 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLOBAL MERCHANDISING SERVICES
LTD., a UK private limited company,

                    Plaintiff,          Civil Action No. 17-cv-10154

    -against-

SUNFROG, LLC, a Michigan limited
liability company,

                    Defendant.

---

### DECLARATION OF CHRIS CAROL

I, Chris Carol, being duly sworn, state as follows:

1. I am General Counsel for SunFrog, LLC (SunFrog) and I have been in this position since June 2017.

2. I have personally reviewed the sales records of SunFrog concerning the allegations made by Plaintiff in its Complaint.

3. Of the orders alleged to be infringing by Plaintiff, 2.86% of those orders were shipped to the State of New York.

4. Based on my review of these sales records, it is my opinion that the State of New York has a minimal connection to this dispute, with the only connection being that Plaintiff's law firm is located in this district.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

Date: April 5, 2018          By: _____

                                    Chris Carol