COURTESY COPY



**Epstein Drangel LLP**
60 East 42nd Street, Suite 2520, New York, NY 10165
T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

September 21, 2018

> A suggestion of settlement having been made, this case is dismissed. If the settlement is not consummated within 30 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period. All pending court dates are cancelled. The Clerk is directed to close the case.
>
> /s/ Alvin K. Hellerstein
> Alvin K. Hellerstein, U.S.D.J.
> Date: 9-21-18

**VIA ECF & FACSIMILE (212-805-7942)**
Hon. Alvin K. Hellerstein
United States Courthouse, S.D.N.Y.
500 Pearl Street, Room 1050
New York, New York 10007

Re: *Global Merchandising Services Ltd. v. SunFrog, LLC* (Civil Action No. 1:17-cv-10154-AKH), **Letter Motion Requesting Second Extension of Time and Adjournment of Status Conference**

Dear Judge Hellerstein:

We represent Plaintiff Global Merchandising Services Ltd. ("Plaintiff" or "GMS") in the above-referenced action. We are writing to respectfully request a second extension of Plaintiff's time to file an amended complaint, as well as an adjournment of the upcoming status conference ("Status Conference").

Per Your Honor's Order Granting Letter Motion Requesting Extension of Time and Adjournment of Initial Pretrial Conference (*Docket Entry No. 25*), Plaintiff's deadline to file an amended complaint is Monday, September 24, 2018, and a Status Conference is scheduled for October 19, 2018 at 10 AM. The parties have reached a settlement in principal and are negotiating the terms thereof. In order to permit time for a formal settlement agreement to be negotiated, agreed upon and executed, and to conserve the time and resources of the parties, as well as the Court, Plaintiff requests a thirty (30) day extension of its time to file an amended pleading until October 24, 2018, with Defendant's answer due on or before November 14, 2018, and an adjournment of the Status Conference sine die. This is Plaintiff's second request for an extension of time to file an amended complaint[1], and second request for any adjournment. Defendant's counsel consents to the requests set forth herein.

A Proposed Order reflecting the above is submitted herewith. We thank the Court for its time and consideration.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/21/18

Respectfully submitted,

/s/ Kerry Brownlee
Kerry B. Brownlee

---

[1] As previously alluded to herein, Plaintiff's first request for an extension and adjournment was granted (*see Docket Entry No. 25*).